# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-03633-TJH (JEMx) | Date | September 20, 2017 |
|---|---|---|---|
| Title | Royal Printex, Inc. v. Walmart Stores, Inc. | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES OF DEFENDANTS E.S. SUTTON, INC. AND EXTRA SPORTSWEAR, INC.; PLAINTIFF'S REQUEST FOR SANCTIONS (Docket No. 39)**

      Before the Court is Plaintiff Royal Printex, Inc.'s Motion to Compel Discovery Responses ("Motion") of Defendants E.S. Sutton, Inc. and Extra Sportswear, Inc., and for Sanctions. Defendants did not contribute their portion of the Joint Stipulation nor file any other opposition. Therefore, the Court issues an Order to Show Cause ("OSC") why Plaintiff's Motion should not be granted in its entirety, including as to sanctions. Defendants must respond by **Wednesday, September 27, 2017**. If the Court does not receive a response to this OSC by that date, the Court will sign the proposed order submitted by Plaintiff.

cc: All Parties

                                                                                                                              : 

                                                                                                                             sa