# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL PRINTEX, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>WALMART STORES, INC., et al., <br><br>　　　　　Defendants. | Case No. CV 16-3633-TJH (JEMx) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that Plaintiff's motion for sanctions and contempt is GRANTED.

IT IS FURTHER ORDERED:

1.  Defendants E.S. Sutton, Inc. and Extra Sportswear, Inc. (collectively, "Defendants") are hereby found by this Court to be in civil contempt;

2.  Defendants are hereby again compelled to comply with all aspects of the Magistrate Judge's initial Order, dated September 29, 2017 (Docket No. 47).

3. Defendants are hereby prohibited from entering any evidence in support of any of their defenses, including each of their affirmative defenses;

4. Defendants are to pay, jointly and severally, additional monetary sanctions in the amount of $870.00 within ten (10) days of entry of this order.

IT IS SO ORDERED.

DATED:  January 24, 2018

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE